Twelfth Court of Appeals
Cathy Lusk
January 30, 2015

Re: Henry Marcus Swinney
vs.
The State of Texas
Case # 12-14-00142-CR
Trial Court # 114-1350-13



FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Madam or Sir;

On December 5, 2014, my appeal attorney, <u>James W. Huggler Jr.</u>, notified me, <u>Henry Marcus Swinney</u>, that an <u>Anders Brief</u> was filed on my behalf as outlined in <u>Anders vs. California</u> and further advised me of my right to file a <u>Pro Se Brief</u> or response to the <u>Anders Brief</u>. By this letter, I am giving notice that I wish to file for an extension of time of <u>45 days</u>, in which to file my brief or response since I have just aquired the Courts transcript record on January 29, 2015. Please file and bring to the attention of the Court. Thank you for your consideration.

Respectfully,
Henry Marcus Swinney
206 East Elm Street
Tyler Texas 75702